# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JACHIMIEC,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENT ASSET MANAGEMENT SOLUTIONS, N.A.<br><br>                    Defendants. | Case No.: 09-CV-2170 BTM (NLS)<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>HON. BARRY T. MOSKOWITZ |

//
//
//
//
//
//
//

**HYDE & SWIGART**
San Diego, California

Based upon the parties' Joint Motion For Leave For Plaintiff To File A First Amended Complaint, and good cause appearing, this Court hereby orders:

1. Leave for Plaintiff to file the First Amended Complaint is GRANTED. Plaintiff has ten (10) days from the date of this order to file his First Amended Complaint;
2. If Defendant so chooses, it may file an amended answer within 10 days of this order, although an amended answer is not required;
3. Otherwise, Defendant's answers filed on December 14, 2009 shall be deemed responsive to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: February 24, 2010

HON. BARRY T. MOSKOWITZ
U.S. DISTRICT JUDGE