1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 ADAM JACHIMIEC,                      Case No.: 09-2170-BTM (NLS)

12              Plaintiff,            **ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADINGS**

13        v.

14 REGENT ASSET MANAGEMENT SOLUTIONS N.A.; U.S. BANCORP, a/k/a U.S. BANK,

15              Defendants.          Ctrm:     15
                                     Judge:    Hon. Barry Ted Moskowitz
16

17        Having considered the Joint Motion for Extension of Time to File an Answer or Other

18 Responsive Pleadings, and good cause appearing therfor,

19        The Motion is hereby GRANTED as follows:

20        The deadline for Defendant U.S. Bancorp a/k/a U.S. Bank ("Defendant") to Answer or

21 otherwise plead is extended for a period of fourteen (14) calendar days.  Defendant's Answer or

22 other responsive pleadings is now due on or before May 7, 2010.

23

24 Dated:  April 23, 2010            _____
                                     Judge of the U. S. District Court
25

26

27

28

DM1\2168235.1